1    **WO**

2

3

4

5

6              **IN THE UNITED STATES DISTRICT COURT**

7                  **FOR THE DISTRICT OF ARIZONA**

8

9    Tyrell Yazzie,                          No. CV-24-01787-PHX-DJH

10              Plaintiff,                    **ORDER**

11   v.

12   Commissioner of Social Security
     Administration,
13

14              Defendant.

15        Plaintiff Tyrell Yazzie ("Plaintiff") and Defendant Commissioner of the Social

16   Security Administration ("Defendant") filed a Stipulation regarding the award and

17   payment of attorney fees pursuant to the Equal Access to Justice Act ("EAJA"). (Doc. 19).

18   Plaintiff, through counsel, seeks $8,350.00 in attorney fees. (Id. at 1).

19        In any action brought by or against the United States except one sounding in tort,

20   the EAJA provides that "a court shall award to a prevailing party other than the United

21   States fees and other expenses . . . unless the court finds that the position of the United

22   States was substantially justified." 28 U.S.C. § 2412(d)(1)(A); *Tobeler v. Colvin*, 749 F.3d

23   830, 832 (9th Cir. 2014). Under the EAJA, "attorneys' fees are to be awarded to a party

24   winning a . . . remand unless the Commissioner shows that his position with respect to the

25   issue on which the district court based its remand was 'substantially justified.'" *Lewis v.

26   Barnhart*, 281 F.3d 1081, 1083 (9th Cir. 2002) (quoting *Flores v. Shalala*, 49 F.3d 562,

27   568–69 (9th Cir. 1995)). Under *Astrue v. Ratliff*, 560 U.S. 586, 595–98 (2010), EAJA fees

28   awarded by the Court belong to Plaintiff and are subject to offset under the Treasury Offset

1  Program (31 U.S.C. § 3716(c)(3)(B)).

2       The Commissioner stipulated to the attorney fees sought by Plaintiff and has not

3  argued that its position was "substantially justified."  *Lewis*, 281 F.3d at 1083.  Thus,

4  Plaintiff is entitled to reasonable attorney's fees under the EAJA.  *See id*.

5       Accordingly,

6       **IT IS HEREBY ORDERED** that the Stipulation for the Award and Payment of

7  Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc. 19)

8  is **GRANTED**.  Attorney fees in the amount of $8,350.00 are awarded to Plaintiff.

9       **IT IS FURTHER ORDERED** that if, after receiving this Order, the Commissioner:

10 (1) determines upon effectuation of this Order that Plaintiff does not owe a debt that is

11 subject to offset under the Treasury Offset Program, and (2) agrees to waive the

12 requirements of the Anti-Assignment Act, 31 U.S.C. § 3727(b), the fees will be made

13 payable to Plaintiff's attorney: Rory Linerud.  However, if there is a debt owed under the

14 Treasury Offset Program, the remaining EAJA fees after offset will be paid by check made

15 out to Plaintiff but delivered to Plaintiff's attorney.

16      Dated this 15th day of September, 2025.

17

18

19                                        _____
                                          Honorable Diane J. Humetewa
20                                          United States District Judge

21

22

23

24

25

26

27

28